**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 20-151-PWG-1 |
| | * | |
| MICHAEL BARRY CARTER | * | |
| | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Orders 2020-06 and 2020-15, this Court finds:

__X____ That the Defendant, Michael Barry Carter, has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel (ECF No. 6); and

__X____ That the proceeding(s) to be held on July 20, 2020 cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Mr. Carter has been charged with one count of wire fraud, a violation of 18 U.S.C. § 1343, and one count of investment advisor fraud, a violation of 15 U.S.C. § 80b-6, 80b-17. Mr. Carter has not been detained. Due to the COVID-19 pandemic, the Court is not yet able to have in-court proceedings. If the Court were to delay this hearing until it can be held in-person, it would only add to the backlog of criminal and civil matters facing this Court, and would create an unacceptable burden on defendants, the Government, the Judges, and the court personnel in this District, when normal operations resume. For these reasons, and given that Defendant has consented to proceed by video conference so that he may expedite his guilty plea, I find that proceeding by video conference is in the interests of justice.

Accordingly, the proceeding(s) held on ___July 20, 2020_____ may be conducted by:

___X____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

_____    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

_____    Other:

_____

_____

Date:   July 17, 2020                                  \_\_\_\_/S/_____
                                                                    Paul W. Grimm
                                                                    United States District Judge